UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Amaury R Lopez            JOINT DEBTOR: _____     CASE NO.: 14-37442(LMI)
Last Four Digits of SS# __2148__       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ __97.29__ for months __1__ to __60__ ;
  B.  $ _____ for months \_\_\_\_ to \_\_\_\_ ;
  C.  $ _____ for months \_\_\_\_ to \_\_\_\_ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00 + 150.00 Costs = $3,650.00__  TOTAL PAID $ __1,240.00__
           Balance Due    $ __2,410.00__ payable $ __80.34__ /month (Months __1__ to __30__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date  $_____
Address: _____      Arrears Payment    $_____ /month (Months \_\_\_ to \_\_\_)
_____      Regular Payment    $_____ /month (Months \_\_\_ to \_\_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____      Total Due  $_____
              Payable   $_____ /month (Months __1__ to __60__)

Unsecured Creditors: Pay $7.21/month (Months __1__ to __30__) Pay $87.56/month (Months __31__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wells Fargo HM Mortgage and Csc/bb&T Corp being paid outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Amaury R Lopez
Debtor


Date:  1/19/2015


LF-31 (rev. 01/08/10)