UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___1st___  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Amaury R Lopez__   JOINT DEBTOR: _____   CASE NO.: __14-37442 LMI__
Last Four Digits of SS# __2148__   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $__97.29__ for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,500.00 + 150.00 Costs = $3,650.00__  TOTAL PAID $ __1,240.00__
                Balance Due    $__2,410.00__ payable $__44.63__/month (Months __1__ to __54__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date  $_____
   Address: _____  Arrears Payment  $_____/month (Months _____ to _____)
   _____  Regular Payment  $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. __Internal Revenue Service__   Total Due $ 2,575.46
                            Payable    $__42.93__/month (Months __1__ to __60__)

Unsecured Creditors: Pay $0.00/month (Months __1__ to __54__) Pay $44.63/month (Months __55__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wells Fargo HM Mortgage and Csc/bb&T Corp being paid outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    __/s/ Amaury R Lopez__
Debtor

Date: __04/10/2015__

LF-31 (rev. 01/08/10)